# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| K.L. and J.R. Jr., individually and as guardians of J.R. III, an incapacitated person, | : : : : | Civil No. 3:19-cv-0670 |
| Plaintiffs, | : : | |
| v. | : : | |
| SCRANTON SCHOOL DISTRICT, | : : | |
| Defendant. | : | Judge Jennifer P. Wilson |

# **ORDER**

**AND NOW**, on this 3rd day of January, 2020, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED THAT** Defendant's Rule 12(b)(1) motion to dismiss, Doc. 4, is **DENIED**. **IT IS FURTHER ORDERED** that a telephone status conference is scheduled for February 26, 2020, at 11:00 a.m. Plaintiffs' counsel shall initiate the conference call by calling chambers at (717) 221-3970 once all parties are on the line.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Court Judge
Middle District of Pennsylvania